**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| Hospital Systems Corporation, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:07-CV-389-TJW |
| General Electric Company D/B/A GE Healthcare; FUJIFILM Medical Systems U.S.A., Inc.; Philips Electronics North America Corporation; and McKesson Information Solutions LLC, | § § § § § § § § | **Jury Trial Demanded** |
| Defendants. | § § | |

## JOINT MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER

Plaintiff, Hospital Systems Corporation, and Defendants, General Electric Company d/b/a GE Healthcare, FUJIFILM Medical Systems U.S.A., Inc., Philips Electronics North America Corporation, and McKesson Information Solutions LLC, file this Joint Motion for Entry of Consent Protective Order and request that this Honorable Court enter the Consent Protective Order attached hereto.

| | |
|---|---|
| Dated:  September 26, 2008 | DINOVO PRICE ELLWANGER & HARDY LLP<br><br>By:   s/ Andrew G. DiNovo<br><br>Andrew G. DiNovo<br>Adam G. Price<br>7000 N. MoPac Expressway, Suite 350<br>Austin, TX 78731<br>Tel.: (512) 539-2626<br>Fax: (512) 539-2627<br><br>**ATTORNEYS FOR PLAINTIFF HOSPITAL SYSTEMS CORPORATION** |
| Dated:  September 26, 2008 | FISH & RICHARDSON P.C.<br><br>By:   s/ Nagendra Setty (with consent)<br><br>Nagendra Setty<br>George L. Kanabe<br>1180 Peachtree Street, NE, 21st Floor<br>Atlanta, Georgia 30309<br>Tel:  (404) 892-5005<br>Fax:  (404) 892-5002<br><br>**ATTORNEYS FOR DEFENDANT MCKESSON INFORMATION SOLUTIONS LLC** |
| Dated:  September 26, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br><br>By:   s/ Victoria F. Maroulis (with consent)<br><br>Victoria F. Maroulis<br>David Pollock<br>555 Twin Dolphin Drive, Suite 500<br>Redwood Shores, CA 94065<br>Tel.: (650) 801-5100<br>Fax: (650) 801-5100<br><br>**ATTORNEYS FOR DEFENDANT GENERAL ELECTRIC COMPANY** |

| Dated: September 26, 2008 | BAKER BOTTS, L.L.P.<br><br>By:   s/ Jeffrey D. Sullivan (with consent)<br><br>Jeffrey D. Sullivan<br>Robert L. Maier<br>Robert C. Scheinfeld<br>30 Rockefeller Plaza, 44th Floor<br>New York, NY 10112<br>Tel.: (212) 408-2500<br>Fax: (212) 408-2501<br><br>**ATTORNEYS FOR DEFENDANT FUJIFILM MEDICAL SYSTEMS U.S.A., INC.** |
|---|---|
| Dated: September 26, 2008 | FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP<br><br>By:   s/ Scott R. Mosko (with consent)<br><br>Scott R. Mosko<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Tel.: (650) 849-6600<br>Fax: (650) 849-6666<br><br>**ATTORNEYS FOR DEFENDANT PHILIPS ELECTRONICS NORTH AMERICA CORPORATION** |

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of September, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

   s/ Andrew G. DiNovo
   Andrew G. DiNovo