**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HOSPITAL SYSTEMS CORPORATION, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:07-CV-389-TJW |
| | § | |
| GENERAL ELECTRIC COMPANY D/B/A | § | |
| GE HEALTHCARE; FUJIFILM MEDICAL | § | **JURY TRIAL DEMANDED** |
| SYSTEMS U.S.A., INC.;  SECTRA NORTH | § | |
| AMERICA, INC.; EMAGEON INC.; AGFA | § | |
| HEALTHCARE CORPORATION;  and | § | |
| NOVARAD CORPORATION, | § | |
| | § | |
| DEFENDANTS. | § | |
| | § | |
| | § | |

**JOINT MOTION FOR ENTRY OF
AMENDED CONSENT PROTECTIVE ORDER**

Plaintiff, Hospital Systems Corporation, and Defendants, General Electric

Company d/b/a GE Healthcare, FUJIFILM Medical Systems U.S.A., Inc., Sectra North

America, Inc., Emageon Inc., Agfa HealthCare Corporation and Novarad Corporation,

file this Joint Motion for Entry of Amended Consent Protective Order and request that

this Honorable Court enter the Amended Consent Protective attached hereto.

The Amended Consent Protective Order is the same as the Consent Protective

Order entered by this Court on October 2, 2008 except that paragraph 3(b) is amended to

clarify that newly added Defendants Sectra North America, Inc., Emageon Inc., Agfa

HealthCare Corporation and Novarad Corporation fall within the definition of a

"receiving party" for certain previously produced materials and paragraph 4(a) is

amended to clarify that outside counsel for the newly added Defendants fall within the

definition of "outside counsel."


Dated:  May 26, 2009                    DINOVO PRICE ELLWANGER & HARDY LLP

                                        By:  /s/ Andrew G. DiNovo_____

                                        Andrew G. DiNovo
                                        Adam G. Price
                                        7000 North MoPac Expressway, Suite 350
                                        Austin, TX 78731
                                        Tel:  512-539-2626
                                        Fax:  512-539-2627

                                        **ATTORNEYS FOR PLAINTIFF HOSPITAL
                                        SYSTEMS CORPORATION**


Dated:  May 26, 2009                    QUINN EMANUEL  URQUHART OLIVER &
                                        HEDGES, LLP

                                        By:  /s/ Anthony P. Alden_____

                                        Victoria F. Maroulis
                                        David T. Pollock
                                        Anthony P. Alden
                                        555 Twin Dolphin Drive, Suite 500
                                        Redwood Shores, CA 94065
                                        Tel:  650-801-5100
                                        Fax:  650-801-5100

                                        **ATTORNEYS FOR DEFENDANT GENERAL
                                        ELECTRIC COMPANY**

Dated:  May 26, 2009                          BAKER BOTTS, L.L.P.

                                              By:  /s/ Jeffrey D. Sullivan

                                              Jeffrey D. Sullivan
                                              Ari Jaffess
                                              30 Rockefeller Plaza, 44th Floor
                                              New York, NY 10112
                                              Tel:  212-408-2500
                                              Fax:  212-408-2501

                                              **ATTORNEYS FOR DEFENDANT FUJIFILM
                                              MEDICAL SYSTEMS U.S.A., INC.**

Dated:  May 26, 2009                          VINSON & ELKINS L.L.P.

                                              By:  /s/ Stephen M. Hash

                                              Willem G. Schuurman
                                              Stephen M. Hash
                                              2801 Via Fortuna, Suite 100
                                              Austin, TX 78746
                                              Tel:  512-542-8504
                                              Fax:  512-236-3278

                                              **ATTORNEYS FOR DEFENDANT SECTRA
                                              NORTH AMERICA, INC.**

Dated:  May 26, 2009                          POTTER MINTON PC

                                              By:  /s/ Michael E. Jones

                                              Michael E. Jones
                                              110 N. College, Suite 500
                                              Tyler, TX 75710
                                              Tel:  903-597-8311
                                              Fax:  903-593-0846

                                              **ATTORNEYS FOR DEFENDANT EMAGEON,
                                              INC.**

Dated:  May 26, 2009                          RAY QUINNEY & NEBEKER PC

By:  /s/ Samuel C. Straight _____

Mark M. Bettilyon
Samuel C. Straight
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385
Tel:  801-532-1500
Fax:  801-532-7543

**ATTORNEYS FOR DEFENDANT NOVARAD
CORPORATION**


Dated: May 26, 2009                        SPANGLER LAW, PC

By:  /s/ Andrew W. Spangler _____

Andrew W. Spangler
State Bar No. 24041960
Spangler Law P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Telephone:  (903) 753-9300
Facsimile:  (903) 553-0403
Email:spangler@spanglerlawpc.com

**ATTORNEY FOR DEFENDANT AGFA
CORPORATION**


Dated:  May 26, 2009                       LEYDIG VOIT & MAYER, LTD.

By:  /s/ Robert T. Wittmann_____

H. Michael Hartmann
Robert T. Wittmann
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, IL 60601-6731
Tel:  312-616-5600
Fax:  312-616-5700

**ATTORNEYS FOR DEFENDANT
AGFA CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 26th day of May 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

By:  /s/ Andrew W. Spangler
Andrew W. Spangler