IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HOSPITAL SYSTEMS CORPORATION,<br><br>  Plaintiff<br><br>vs.<br><br>NOVARAD CORPORATION,<br><br>  Defendant. | Civil Action No.: 2:07-CV-389 (CE)<br><br>Jury Trial Demanded |

**JUDGMENT OF DISMISSAL WITH PREJUDICE OF CLAIMS BETWEEN
PLAINTIFF HSC AND DEFENDANT NOVARAD CORPORATION**

  This cause coming before this court on the Joint Motion for Judgment of Dismissal with Prejudice of Claims between Plaintiff and Counterdefendant Hospital Systems Corporation ("HSC") and Defendant and Counterclaimant NovaRad Corporation ("NovaRad"), final judgment is entered as follows:

  IT IS HEREBY ADJUDICATED AND DECREED:

  1. This Court has jurisdiction over HSC and NovaRad and the subject matter pursuant to 35 U.S.C. § 1338;

  2. All pending claims and counterclaims asserted in this action by HSC against NovaRad and asserted by NovaRad against HSC are dismissed with prejudice;

  3. HSC and NovaRad shall bear their own attorneys' fees and costs of this action, and all rights of appeal are waived; and

  4. All relief not expressly granted herein is denied.

SIGNED this 30th day of December, 2009.

                                              CHARLES EVERINGHAM IV
                                              UNITED STATES MAGISTRATE JUDGE