# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HOSPITAL SYSTEMS CORP.,<br>　　　　Plaintiff,<br><br>vs.<br><br>ULTRARAD CORPORATION<br><br>　　　　Defendant. | Civil Action No: 2:07-CV-389 (CE)<br><br>**Jury Trial Demanded** |

## ORDER

The Plaintiff's Notice of Dismissal With Prejudice of UltraRad Corporation is GRANTED.

SIGNED this 15th day of January, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE